ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| BOBBIE F. PETERS OSIER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:10-0044 |
| | ) JUDGE WISEMAN |
| | ) MAGISTRATE JUDGE KNOWLES |
| **MICHAEL J. ASTRUE**, | ) |
| Commissioner of Social Security, | ) |
| Defendant | ) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE
BRIEF EXCEEDING PAGE LIMITATION, PURSUANT TO LR7.01(a)**

Comes now the undersigned Assistant United States Attorney, pursuant to LR7.01(a), to request leave of the Court to file Defendant's response which exceeds the Court's twenty-five (25) page limitation. Defendant's response brief is twenty-nine (29) pages in length which was necessary in order to properly respond to Plaintiff's Motion and Memorandum for Judgment on the Administrative Record (Docket Entries 16 and 17).

Wherefore, Defendant respectfully requests that the Court permit the entry of the attached response.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

BY: s/ S. Delk Kennedy
S. DELK KENNEDY
Assistant United States Attorney
B.P.R. 009799
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151