**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **BOBBIE F. PETERS OSIER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:10-cv-00044** |
| | ) | |
| **MICHAEL J. ASTRUE, in his Capacity as** | ) | **Judge Thomas A. Wiseman, Jr.** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is Plaintiff Bobbie Peters Osier's Motion for Judgment on the Administrative Record (Doc. No. 16), seeking judicial review of the Commissioner's denial of her claim for Social Security Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") under Titles II and IV of the Social Security Act (the "Act"), respectively, on the grounds that the ALJ erred as a matter of law in rejecting the opinion of Plaintiff's treating physician, that the ALJ erred in rejecting Ms. Osier's reports of disability due to pain and subjective complaints, and that the ultimate decision is not supported by substantial evidence in the record. Plaintiff seeks reversal or, in the alternative, remand pursuant to sentence four of 42 U.S.C. § 405(g).

The prior referral of this case to the Magistrate Judge is hereby **WITHDRAWN**. For the reasons explained in the accompanying Memorandum Opinion, the Court finds that the ALJ did not err in rejecting the opinion of Plaintiff's treating physician or in discounting Plaintiff's subjective complaints of disability due to her combined impairments and that the Commissioner's decision is supported by substantial evidence in the record. Plaintiff's motion is therefore **DENIED**, the Commissioner's decision **AFFIRMED**, and this matter **DISMISSED**.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge